UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Nicole Spence

                          Plaintiff,                      08  CIVIL  5360  ( WHP )(KNF)

      -against-

Inner City Broadcast Corporation, et al.
                          Defendant.
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Jordan K. Merson__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JM-7939__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Peckar & Abramson, P.C.__

    To: __Thompson Wigdor & Gilly LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __350 Fifth Ave., Suite 5720, New York, NY 10118__

☒ *Telephone Number:* __(212) 239-9292__

☒ *Fax Number:* __(212) 239-9001__

☒ *E-Mail Address:* __jmerson@twglawyers.com__

Dated: 6/16/08