UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

NICOLE SPENCE,

                Plaintiff,

      – against –

INNER CITY BROADCAST CORPORATION, ICBC
BROADCAST HOLDINGS, INC., WENDY WILLIAMS-
HUNTER, also known as "WENDY WILLIAMS," in her
official and individual capacities, and KEVIN HUNTER,
in his official and individual capacities,

                Defendants.

------------------------------------------------- x

Case No.: 08 CIV 5360(WHP)(KNF)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned matter on behalf of Defendants Inner City Broadcast Corporation and ICBC Broadcast Holdings, Inc. It is requested that copies of all papers and communications in this matter be forwarded to the undersigned at the address provided below.

Dated: New York, New York
       June 19, 2008

                                              By: _____
                                                  Alesia J. Kantor
                                      EPSTEIN, BECKER & GREEN, P.C.
                                      250 Park Avenue
                                      New York, New York 10177
                                      (212) 351-4842
                                      (212) 878-8742 (fax)
                                      akantor@ebglaw.com