USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

**MEMO ENDORSED**

ALESIA J. KANTOR
TEL: 212.351.4842
FAX: 212.878.8742
AKANTOR@EBGLAW.COM

June 18, 2008

**VIA HAND DELIVERY**

The Honorable William H. Pauley III
United States District Court Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: Spence v. Inner City Broadcast Corp., et al.
           Civil Action No. 08-CV-~~5630~~ 5360

Dear Judge Pauley:

      This firm represents Defendants Inner City Broadcast Corporation and ICBC Broadcast Holding, Inc. (together, the "ICBC Defendants") in the above-referenced matter. We are writing to respectfully request an extension of time to answer or otherwise move in regard to the complaint. Before making this request, we asked Plaintiff's counsel to consent to the requested extension, and they declined to do so.

      The complaint in this matter was stamped "Received" by the Clerk of the Court on June 11, 2008. At the request of Plaintiff's counsel, Kathryn Webber, this firm agreed to accept service of the complaint via electronic mail. That service was effectuated on June 12, 2008 at 8:26 p.m. (see electronic correspondence from Plaintiff's counsel to Defendants' counsel of that day, attached hereto as Exhibit A). Plaintiff's counsel served the summons the following day at 2:31 p.m. (see electronic correspondence from Plaintiff's counsel's office dated June 13, 2008, attached hereto as Exhibit B). Assuming the ICBC Defendants' time to answer runs from the time of the service of the complaint, and not the summons, our clients' time to answer would run through July 2, 2008.

      On Monday, June 16, 2008, I asked Plaintiff's counsel, Kathryn Webber, for a 20-day extension of time to answer or otherwise move in regard to the complaint. I explained to Ms. Webber that this request was being made because the ICBC Defendants' General Counsel

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY:2684068v1    EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

The Honorable William H. Pauley III
June 18, 2008
Page 2

will be taking a planned vacation beginning the week of June 23, 2008. (The General Counsel will not be returning from vacation until July 7, 2008.) Ms. Webber advised me that she would consult with her client. Yesterday, June 17, 2008, Ms. Webber advised me that her client would not consent to the requested extension of time. The reason she gave for her client's refusal was that her client did not wish to delay these proceedings.

Defendants have not previously requested an extension of time and do not anticipate any further extension requests aside from the one contained herein. Given that the complaint was just served last week and given the vacation schedule of the ICBC Defendants' General Counsel, we respectfully apply to this Court for a 20-day extension of time to answer or otherwise move in regard to the Complaint, so that the time to answer or otherwise move would be extended through July 22, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Alesia J. Kantor
Epstein Becker & Green, P.C.
Attorneys for Defendants Inner City Broadcast
Corp. and ICBC Broadcast Holdings, Inc.
(akantor@ebglaw.com)

AJK:nls
Enclosures

cc: Kathryn J. Webber, Esq. (attorney for Plaintiff)
(via facsimile and overnight mail)

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/1/08

NY:2684068v1