USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

# Davis & Gilbert LLP
## 1740 Broadway
## New York, New York 10019
## (212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4853
EMAIL ADDRESS
gcohen@dglaw.com

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
(212) 974-6959

**MEMO ENDORSED**

July 1, 2008

**BY HAND DELIVERY**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Spence v. Inner City Broadcasting Corporation*, et al. 08-CV-5360

Dear Judge Pauley:

This firm represents defendants Wendy Hunter (professionally known as Wendy Williams) and Kevin Hunter in this litigation. We agreed yesterday to accept service of the Complaint on the Hunters' behalf, and plaintiff has agreed to extend the Hunters' time to file their answers or otherwise respond to the Complaint from July 21, 2008 to August 1, 2008. This firm has only recently been retained, and this brief extension of time will give us the opportunity to fully investigate this fact-intensive case. Accordingly, we respectfully request that the Court grant the Hunters until August 1 to answer or otherwise respond to the Complaint. This is the Hunters' first request for an extension of time.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/8/08

Respectfully submitted,

Guy R. Cohen

cc: Kenneth P. Thompson, Esq. (by hand)
     Alesia J. Kantor, Esq. (by hand)