UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NICOLE SPENCE,

                Plaintiff,

      – against –

INNER CITY BROADCAST CORPORATION, ICBC BROADCAST HOLDINGS, INC., WENDY WILLIAMS-HUNTER, also known as "WENDY WILLIAMS," in her official and individual capacities, and KEVIN HUNTER, in his official and individual capacities,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 08 CIV 5360(WHP)(KNF)

**DEFENDANTS' RULE 7.1 STATEMENT**

**ECF FILING**

      Defendant Inner City Broadcasting Corporation hereby represents that it has no parent corporation. Defendant ICBC Broadcast Holdings, Inc. hereby identifies its parent corporation as Inner City Media Corp. There are no publicly held corporations that own 10% or more of the stock of Inner City Media Corp.

Dated: New York, New York
       July 21, 2008

                                     Respectfully submitted,

                                     EPSTEIN BECKER & GREEN, P.C.

                                     By: *Clare M. Sproule*
                                        Clare M. Sproule
                                   250 Park Avenue
                                   New York, New York 10177-1211
                                   (212) 351-4842
                                   Attorneys for Defendants Inner City Broadcast
                                   Corporation and ICBC Broadcast Holdings, Inc.
                                   (csproule@ebglaw.com)

NY:2716068v1