UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NICOLE SPENCE,

                Plaintiff,

                          ECF Case
     – against –               Case No.: 08 CIV 5360

INNER CITY BROADCAST CORPORATION, ICBC    **NOTICE OF APPEARANCE**
BROADCAST HOLDINGS, INC., WENDY WILLIAMS-
HUNTER, also known as "WENDY WILLIAMS," in her
official and individual capacities, and KEVIN HUNTER,
in his official and individual capacities.
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned matter on behalf of Defendants Inner City Broadcast Corporation and ICBC Broadcast Holdings, Inc. It is requested that copies of all papers and communications in this matter be forwarded to the undersigned at the address provided below.

Dated: New York, New York
       July 23, 2008

                                                  By: _____
                                                     Clare M. Sproule
                                                     Epstein, Becker & Green PC
                                                     250 Park Avenue
                                                     New York, New York 10177
                                                     (212) 351-4855
                                                     (212) 878-8655 (fax)
                                                     csproule@ebglaw.com

NY:2758250v1