UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NICOLE SPENCE

                        Plaintiff,

                        -against-                        08 CIVIL 0536 ( WHP)

INNER CITY BRODCAST CORPORATION, ICBC BRODCAST
HOLDINGS, INC., WENDY WILLIAMS-HUNTER, also known as
"WENDY WILLIAMS" in her official and individual capacities,
and KEVIN HUNTER, in his official and individual capacities

                        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KT-6026

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐   *Address:*   85 Fifth Avenue   New York, NY 10003

☐   *Telephone Number:*   (212) 257-6800

☐   *Fax Number:*   (212) 257-6845

☐   *E-Mail Address:*   kthompson@twglaw.com

Dated: 7/23/08