UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NICOLE SPENCE

                                        Plaintiff,                         08  CIVIL 0536   (WHP)

               -against-
INNER CITY BRODCAST CORPORATION, ICBC BRODCAST HOLDINGS, INC.,
WENDY WILLIAMS-HUNTER, also known as "Wendy Williams" in her official
and individual capacities, and KEVIN HUNTER, in his official and
individual capacities,     Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JM-7393

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:*    85 Fifth Avenue    New York, NY 10003

☒    *Telephone Number:*    (212) 257-6800

☒    *Fax Number:*    (212) 257-6845

☒    *E-Mail Address:*    jmerson@twglaw.com

Dated: 7/23/08