UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NICOLE SPENCE

                              Plaintiff,

                                                                                            08 CIVIL 05360 ( WHP)

                         -against-

INNER CITY BRODCAST CORPORATION, ICBC BRODCAST HOLDINGS, INC.,
WENDY WILLIAMS-HUNTER, also known as "Wendy Williams" in her official
and individual capacities, and KEVIN HUNTER, in his official and
individual capacities,      Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒    *Attorney*

     ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KW-9576

     ☐    I am a Pro Hac Vice attorney

     ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

     From: _____

     To: _____

     ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

     ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:*    85 Fifth Avenue  New York, NY 10003

☐    *Telephone Number:*    (212) 257-6800

☐    *Fax Number:*    (212) 257-6845

☐    *E-Mail Address:*    kwebber@twglaw.com

Dated: 7/23/08