DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NICOLE SPENCE,

                      Plaintiff,

           – against –

INNER CITY BROADCAST CORPORATION, ICBC
BROADCAST HOLDINGS, INC., WENDY WILLIAMS-
HUNTER, also known as "WENDY WILLIAMS," in her
official and individual capacities, and KEVIN HUNTER,
in his official and individual capacities.
                      Defendants.

------------------------------------------------------------ x

ECF Case
Case No.: 08 CIV 5360 (WHP)

**ORDER TO TERMINATE APPEARANCE OF COUNSEL AND DECLARATION OF ALESIA J. KANTOR PURSUANT TO LOCAL CIVIL RULE 1.4 IN SUPPORT OF ORDER**

[stamp: JUL 24 2008 – CHAMBERS OF WILLIAM H. PAULEY]

Pursuant to Local Civil Rule 1.4, Defendants Inner City Broadcasting Corporation (sued herein incorrectly as "Inner City Broadcast Corporation") and ICBC Broadcast Holdings, Inc., through their counsel, Epstein Becker & Green, P.C., ("EBG") hereby request that the Appearance of Alesia J. Kantor as counsel on their behalf be terminated.

1) EBG has represented the above-referenced Defendants throughout the pendency of this action and continues to do so. 2) Alesia J. Kantor appeared in this action by filing a Notice of Appearance as lead counsel for Defendants on June 19, 2008. 3) Subsequent to that date Alesia J. Kantor ceased to operate as lead counsel and Clare M. Sproule became lead counsel.

4) This case is scheduled for an initial conference on August 1, 2008. 5) this withdrawal will not affect the posture of this case as it is not yet on the Court's trial calendar.

I declare under penalty of perjury that the above statements are true.

Dated: New York, New York
       July 23, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Alesia J. Kantor
    (akantor@ebglaw.com)

SO ORDERED: _____
                USDJ
                7/25/08

NY:2758253v1