AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 08 cv. 5360 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Kevin Hunter, Defendant Wendy Williams-Hunter, p/k/a Wendy Williams

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/31/2008 | *(signature)* |
| Date | Signature |
| | Marc J. Rachman, Esq. — MR 4094 |
| | Print Name — Bar Number |
| | Davis & Gilbert LLP, 1740 Broadway, |
| | Address |
| | New York — NY — 10019 |
| | City — State — Zip Code |
| | (212) 468-4800 — (212) 468-4888 |
| | Phone Number — Fax Number |