AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN               DISTRICT OF               NEW YORK

**APPEARANCE**

Case Number: 08 cv. 5360 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Kevin Hunter, Defendant Wendy Williams-Hunter, p/k/a Wendy Williams

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/31/2008 | _[signature]_ |
| Date | Signature |
| | Laurie E. Morrison, Esq.    LM 5683 |
| | Print Name    Bar Number |
| | Davis & Gilbert LLP, 1740 Broadway, |
| | Address |
| | New York    NY    10019 |
| | City    State    Zip Code |
| | (212) 468-4800    (212) 468-4888 |
| | Phone Number    Fax Number |