```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
NICOLE SPENCE,                              :    08 Civ. 5360 (WHP)

                Plaintiff,
                                      :    SCHEDULING ORDER

   -against-
                                          :

INNER CITY BROADCAST
CORPORATION, et al.,                        :

                Defendants.         :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared before this Court for an initial pretrial conference on July 31, 2008, the following schedule is established on consent:

1. Plaintiff shall identify any experts by December 1, 2008;

2. Defendants shall identify any rebuttal experts by December 15, 2008;

3. The parties shall complete all fact discovery by December 15, 2008;

4. Barring the designation of experts, the parties shall submit a joint pretrial order in accordance with this Court's Individual Rules by January 23, 2009;

5. A final pretrial conference shall take place on January 30, 2009 at 11:15 a.m.

Dated: July 31, 2008
       New York, New York

                                   SO ORDERED:

                                   _____
                                   WILLIAM H. PAULEY III
                                   U.S.D.J.

*Counsel of record:*

Jordan Koel Merson, Esq.
Thompson Wigdor and Gilly
350 Fifth Avenue
NY, NY 10118
*Counsel for Plaintiff*

Alesia Judith Kantor, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
*Counsel for Defendant Inner City Broadcast Corp.*

Guy Cohen, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
*Counsel for Defendants Wendy Williams-Hunter and Kevin Hunter*