UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NICOLE SPENCE,  :  08 Civ. 5360 (WHP)(KNF)

               Plaintiff,  :  ORDER OF REFERENCE
                               TO A MAGISTRATE JUDGE

  -against-  :

INNER CITY
BROADCAST CORPORATION et al.,  :

             Defendant.  :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____
All such motions: ____

=====================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: July 31, 2008
       New York, New York

                                       UNITED STATES DISTRICT JUDGE
                                       WILLIAM H. PAULEY III

*Counsel of record*:

Kenneth P. Thomspon, Esq.
Thompson Wigdor and Gilly
350 Fifth Avenue
NY, NY 10118
(212)239-9292
Fax: (212)239-9001
*Counsel for Plaintiff*

Claire M. Sproule, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4842
Fax: (212) 878-8742
*Counsel for Defendants Inner City Broadcasting Corp. and ICBC Broadcast Holdings, Inc.*

Guy R. Cohen, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(212) 468-4830
*Counsel for Defendants Wendy Williams and Kevin Hunter*