**MEMO ENDORSED**

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

RECEIVED AUG 07 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/12/08

Kenneth P. Thompson
kthompson@twglawyers.com

August 7, 2008

**VIA FACSIMILE**

The Honorable Kevin N. Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Spence vs. Inner City Broadcast Corporation, et al. 08-CV-5360

Dear Magistrate Judge Fox:

We represent Plaintiff Nicole Spence in this matter against Defendants Inner City Broadcast Corporation, ICBC Broadcast Holdings, Inc., Wendy Williams-Hunter, also known as Wendy Williams, and Kevin Hunter.

We respectfully submit this letter as a joint request that the August 19, 2008 settlement conference be adjourned due to the unavailability of counsel for the individual Defendants. This is the first request for an adjournment, all Parties consent and propose the conference be rescheduled for September 3, 2008, if amenable to the Court. Counsel for the individual Defendants also requests that the conference be scheduled for the morning due to Ms. Williams-Hunter's schedule for her radio program.

Thank you for Your Honor's attention to and consideration of this request.

8/8/08
Application granted. The morning of September 3, 2008, is not available; therefore, the conference shall be held on September 2, 2008, at 10:30 a.m. SO ORDERED:
/s/ Kevin Nathaniel Fox, U.S.M.J.