

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

Kenneth P. Thompson
kthompson@twglawyers.com

---

August 14, 2008

**MEMO ENDORSED**

8/18/08

A settlement conference shall be held for the parties on September 15, 2008, at 10:30 a.m.

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX, U.S.M.J.

**VIA FACSIMILE**

The Honorable Kevin N. Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Spence vs. Inner City Broadcast Corporation, et al. 08-CV-5360

Dear Magistrate Judge Fox:

We represent Plaintiff Nicole Spence in this matter against Defendants Inner City Broadcast Corporation, ICBC Broadcast Holdings, Inc., Wendy Williams-Hunter, also known as Wendy Williams, and Kevin Hunter.

We respectfully submit this letter as a follow up to the voice mail message we left for Your Honor earlier today concerning the date for the settlement conference for this matter. We have been advised by counsel for the corporate Defendants that the Court is not available on September 3, 2008 and write to respectfully suggest Tuesday, September 9, 2008 or Monday, September 15, 2008 as alternate dates for the settlement conference. All Parties are available on those dates. Counsel for the individual Defendants also requests that the conference be scheduled for the morning because Ms. Williams-Hunter's radio program is on-air weekdays between 2:00 p.m. and 7:00 p.m.

Thank you for Your Honor's attention to and consideration of this request.

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Hon. Kevin N. Fox
August 14, 2008
Page 2

Respectfully submitted,

*[signature]*

Kenneth P. Thompson

cc: Clare M. Sproule, Esq., Counsel for Corporate Defendants (*via facsimile*)
    Guy R. Cohen, Esq., Counsel for Individual Defendants (*via facsimile*)