UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Nicole Spence

                    Plaintiff,

      -against-

Inner City Broadcast Corp., et al.

                    Defendants
------------------------------------------------------------x

08 CIVIL 5360 (WHP)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Laurie Elene Morrison__

☑ **Attorney**

    ☑  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __LM 5683__

    ☐  I am a Pro Hac Vice attorney

    ☐  I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: _____

    To: _____

    ☐  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ **Address:** 1740 Broadway, 19th Fl. NYC, NY 10019
☑ **Telephone Number:** (212) 468-4830
☑ **Fax Number:** (212) 621-0901
☑ **E-Mail Address:** LMorrison@dglaw.com

Dated: 8/18/08