

**TWG**

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

## MEMO ENDORSED

Kenneth P. Thompson
kthompson@twglawyers.com

September 5, 2008

**VIA FACSIMILE**

The Honorable Kevin N. Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

5360 (WHP)(KNF)

Re:   Spence vs. Inner City Broadcast Corporation, *et al.* 08-CV-5630

Dear Magistrate Judge Fox:

We represent Plaintiff Nicole Spence in this matter against Defendants Inner City Broadcast Corporation, ICBC Broadcast Holdings, Inc., Wendy Williams-Hunter, also known as Wendy Williams, and Kevin Hunter.

The Parties have agreed to try to resolve this matter amicably through private Mediation on Monday, September 15, 2008. As such, we respectfully request that the settlement conference scheduled for that date be cancelled.

Thank you for Your Honor's attention to and consideration of this request. We appreciate Your Honor's willingness to assist the Parties reach a potential settlement.

Respectfully submitted,

Kenneth P. Thompson

9/5/08
Application granted.
SO ORDERED:

Kevin Nathaniel Fox

KEVIN NATHANIEL FOX, USMJ.

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Hon. Kevin N. Fox
September 5, 2008
Page 2


cc: Clare M. Sproule, Esq., Counsel for Corporate Defendants (*via facsimile*)
    Guy R. Cohen, Esq., Counsel for Individual Defendants (*via facsimile*)