UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NICOLE SPENCE,

                Plaintiff,

- against -

INNER CITY BROADCAST CORPORATION,
ICBC BROADCAST HOLDINGS, INC.,
WENDY WILLIAMS-HUNTER, also known as
"WENDY WILLIAMS," in her official and individual
capacities, and KEVIN HUNTER, in his official and
individual capacities,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/08

08 civ 5360 (WHP) (KNF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

OCT 17 2008

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record in the above-captioned action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action be, and the same hereby is, dismissed, with prejudice, as to all claims which were or could have been asserted therein against Defendants, and without costs to any party as against the other.

Dated: New York, New York
       October 16, 2008

THOMPSON WIGDOR & GILLY LLP

By: _____
    Kenneth P. Thompson
    85 Fifth Avenue
    New York, NY 10003
    Telephone: (212)239-9292
    Attorney for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Clare M. Sproule
    250 Park Avenue
    New York, NY 10177
    (212) 351-4500
Attorney for Defendants Inner City Broadcast
Corporation and ICBC Broadcast Holdings, Inc.

DAVIS & GILBERT LLP

By: _____
    Guy R. Cohen
    1740 Broadway
    New York, New York 10019
    Attorney for Defendants
    Wendy Williams and Kevin Hunter

SO ORDERED:

_____
U.S.D.J.